IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| MILFORD REAL ESTATE GROUP, LLC, a Nebraska Limited Liability Company,<br><br>          Plaintiff,<br><br>     vs.<br><br>MARJORIE COLBURN, an Individual; NICOLE HEADEN, an Individual; and JASMIN JENSEN, an Individual,<br><br>          Defendants and<br>          Counterclaim Plaintiffs,<br><br>KARIE MILFORD,<br><br>          Counterclaim Defendant. | **8:21CV412**<br><br>**ORDER OF DISMISSAL** |

This matter comes before the Court on Plaintiff's and Counterclaim Defendant's Motion to Dismiss with Prejudice their complaint against all Defendants; and Defendants'/Counterclaim Plaintiffs' Marjorie Colburn and Jasmin Jensen's motion to dismiss their counterclaim and third-party complaint against Plaintiff and Counterclaim Defendant.  Filing No. 80.  The Court, being fully advised in the premises, finds that such an Order is proper.

IT IS THEREFORE ORDERED that Plaintiff's and Counterclaim Defendant's complaint against Defendants be dismissed with prejudice with each party to bear their own costs and attorney fees; and that Defendants'/Counterclaim Plaintiffs' Marjorie Colburn and Jasmin Jensen's motion to dismiss their counterclaim and third-party complaint against Plaintiff and Counterclaim Defendant be dismissed with prejudice with each party to bear their own costs and attorney fees.

Dated this 21st day of June, 2024.

BY THE COURT:

s/ Joseph F. Bataillon
Senior United States District Judge